# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ASHTON RHODES and MAGGIE RHODES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) )     No. 2:14-cv-2928-SHL-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed December 2, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with this Court's Order Granting Motion to Dismiss for Lack of Jurisdiction, filed January 29th, 2015 (ECF No. 11), and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 29, 2015
Date